UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　　　　Plaintiff,<br><br>　　v.<br><br>DELBERT FERRARIS,<br><br>　　　　　　　　　　Defendant. | Case No. 2:17-cr-010-APG-VCF<br><br>**ORDER DISMISSING INDICTMENT**<br><br>(ECF No. 21) |

　　The Government's motion to dismiss (ECF No. 21) is hereby granted. The criminal indictment (ECF No. 1) is DISMISSED WITHOUT PREJUDICE. All pending motions are denied as moot.

　　Dated: March 20, 2017.

　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　ANDREW P. GORDON
　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE